January 20, 1999



Susan Miller
Litigation Unit
USA Group, Inc.
P.O. Box 7039
Indianapolis, IN 46207-7039

Case No. 94-11329

Dear Ms. Miller:

I am addressing this letter to you and enclosing payment in form of certified funds for the amount of $325.97. This was the amount that I committed to pay in my letter to your organization dated December 12, 1998. The subject of that dated letter was headed "Request for Official Hearing & Wage Garnishment Appeal" to which so far I have not gotten a response. It would be of great help if you would forward the certified check to the correct department to be applied appropriately.

I completed all forms regarding the "Request for Official Hearing & Wage Garnishment Appeal", as instructed. I also included information disputing the amount owed and the circumstances involving the collection agency (Superior Credit). Also enclosed was information capturing my Chapter 13 case (94-11329).

Any help you can give in the status of this case would be greatly appreciated.

Sincerely,

Cheryl L. Melvin
SS# 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

Cc: Anne Isaac-Attorney
 Anita Jo Kinlaw Troxler, Standing Trustee
 William L. Stocks – U.S. Bankruptcy Judge
 Chris Carter – Debt Collector Superior Credit, Inc.
 Molly W. Miller – Chapter 13 Counselor (Greensboro)
 William L. Schwenn – U.S. Bankruptcy Clerk
 Michael F. Easley – NC Dept. of Justice

USPS Customer's Receipt (rotated, handwritten):

- PAY TO: USA Group Inc
- ADDRESS: P.O. Box 7039, Indianapolis, IN 46207
- COD NO OR USED FOR: 94-11329
- FROM: Cheryl M. [illegible]
- ADDRESS: P.O. Box 8167, Greensboro, NC 27419

Serial: 6957778860
Amount: $325.17